IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr76-WHA |
| | ) | |
| ANTHONY NAKIA SANDERSON | ) | |

### ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #12) filed on May 17, 2007, it is hereby

ORDERED that the defendant, ANTHONY NAKIA SANDERSON, appear with counsel before the undersigned Magistrate Judge on May 23, 2007 at 8:30 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 21st day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE