# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 2:07-cr-76-WHA |
| ANTHONY NAKIA SANDERSON | ) ) ) | |

## United States' Motion for Reduction of Offense Level for Acceptance of Responsibility

The United States moves this Court to reduce Defendant Anthony Nakia Sanderson's offense level by one-level based on Sanderson's acceptance of responsibility. As grounds for this Motion, the United States notes:

1. On or about May 17, 2007–approximately two and one half weeks prior to trial–Sanderson's counsel filed a notice of intent to change plea in this case.

2. In this case, this was sufficiently early to permit the Government to avoid preparing for trial and to allocate its resources efficiently.

3. Therefore, under United States Sentencing Guidelines § 3E1.1(b), the United States makes this formal request for a one-level reduction in Sanderson's offense level for acceptance of responsibility so that he shall receive a total reduction for acceptance of responsibility of three-levels.

Respectfully submitted this the 9th day of August, 2007.

                                                LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Christopher Snyder
                                              CHRISTOPHER A. SNYDER

>Assistant United States Attorney
>131 Clayton Street
>Montgomery, AL 36104
>Phone: (334) 223-7280
>Fax: (334) 223-7135
>E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kevin Butler.

>/s/ Christopher Snyder
>CHRISTOPHER A. SNYDER
>Assistant United States Attorney