AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: ANTHONY NAKIA SANDERSON | Judgment — Page 2 of 6 |
| CASE NUMBER: 2:07cr076-WHA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**46 months.** This term of imprisonment is to run **concurrently** with the sentence of imprisonment previously imposed in USDC Case No. 2:06cr-216-MHT.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where intensive drug treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**SEP 10 2007**

**RETURN**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant delivered on 9-7-07 to FCI TDG

at _____, with a certified copy of this judgment.

D.B. Drew, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL