```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr76-WHA |
| ) | |
| ANTHONY NAKIA SANDERSON ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 15, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Anthony Nakia Sanderson to forfeit the following property:

> One Glock, Model 23, .40 Caliber Pistol, serial number BVX860; and
>
> Eight rounds of Hornady .40 caliber S&W ammunition.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

No timely petition has been filed; and,

The Court finds that defendant Anthony Nakia Sanderson had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One Glock, Model 23, .40 Caliber Pistol, serial number BVX860; and
>
> Eight rounds of Hornady .40 caliber S&W ammunition.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 28th day of November, 2007.

        /s/ W. Harold Albritton
        UNITED STATES DISTRICT JUDGE